NORTH JERSEY NEWSPAPER GUILD LOCAL NO. 173, AMERICAN NEWSPAPER GUILD LOCAL v. DONALD E. RAKOS.

July 1, 1970. Petition and cross-petition for certification denied. (See 110 *N. J. Super.* 77).

STATE OF NEW JERSEY v. JOSEPH MARNIN.

July 1, 1970. Petition for certification denied.

ELIZABETH HADINGER, *ADMX. AD PROS.* OF ESTATE OF HOWARD K. MEYER, JR. v. CHARLES BOBOWSKI. *ET AL.*

July 1, 1970. Petition for certification denied.

PAUL SVEC v. WESTFIELD MOTOR SALES COMPANY.

July 1, 1970. Petition for certification denied. (See 110 *N. J. Super.* 225.)

PETITION OF CITIZENS OPPOSED TO POWER TOWERS, READINGTON CHAPTER, INC., FOR REVIEW OF PROPOSED ROUTING OF POWER LINE, *ETC.*

July 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH LEE.

July 1, 1970. Petition for certification denied.